SEALED

DANIEL G. BOGDEN
United States Attorney
District of Nevada
KATHRYN C. NEWMAN
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America, | Case No.: 2:13-mj-840-VCF |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE HEARING** |
| Ronnie Matthews, | (Filed Under Seal) |
| Defendant. | |

The United States, by and through its undersigned counsel, the defendant, Ronnie Matthews, and his counsel, David Fischer, hereby submits this Stipulation requesting the Court to continue the preliminary hearing set for July 15, 2014 at 4:00 p.m. to a date and time convenient to this Court, but no earlier than August 1, 2014. The reasons for the requested continuance are as follows:

1. Defendant was charged by Complaint on October 10, 2013.

2. Defendant made his initial appearance in the District of Nevada on May 9, 2014, and entered a plea of not guilty. He was ordered detained pending trial.

3. The parties have reached a proposed resolution and submitted the Information and Plea to the District Court under seal. (*United States v. Matthews*, Case No. 2:14-cr-219-GMN-PAL.) The change of plea hearing is calendared for July 22, 2014 at 9:30 a.m.

4. The Preliminary Hearing before this Court is currently set for July 15, 2014 at 4:00 p.m.

5. The parties request a brief continuance of the Preliminary Hearing to allow the hearing on the change of plea to go forward as scheduled.

Dated this 9th day of July, 2014.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/
KATHRYN C. NEWMAN
Assistant United States Attorneys

/s/
DAVID FISCHER
Counsel for Defendant Ronnie Matthews

**ORDER**

IT IS HEREBY ORDERED that the Preliminary Hearing currently scheduled for July 15, 2014 at 4:00 p.m. is hereby vacated and continued to August 4, 2014 at 4:00 p.m.

U.S. Magistrate Judge

Dated this 11th day of July, 2014.

2